UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                          In Bankruptcy:

**ESWARI ACHANTA**                         Case No. 17-50019-pjs
                                           Chapter 7
      Debtor                         Hon. Phillip J. Shefferly

---

## SUMMARY OF ATTORNEY FEES

*Peter F. Schneider*

**2017**

    17.6 hours x. $240.00/hour………………..……..……….. $4,218.00

**2018**

    42.6 hours x. $250.00/hour………………..……..……...…… $10,650.00

**Peter F. Schneider Total………...………………………………$14,868.00**

*David P. Miller*

**2017**

    0.5 x. $200.00/hour………………………………………..……… $100.00

*Law Clerk*

**2018**

    19.9 hours x. $100.00/hour……………………………………. $1,990.00

**TOTAL FEES…………………………………………..……..$ 16,958.00**

**TOTAL FEES REQUESTED……………...………………………$9,950.00**